UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Willie Mae Johnson                Case No. 13-
                                         Chapter 13
_____Debtor_____/

## MOTION TO EXEMPT DEBTOR FROM CREDIT COUNSELING AND FINANCIAL EDUCATION REQUIREMENT

Debtor Willie Mae Johnson hereby requests that this Court, pursuant to 11 U.S.C. § 109(h)(4) and Local Rule 1007-1(E) (2) (c), exempt her from the requirement under section 109(h)(1) that she receive budget and credit counseling, the requirement under 11 U.S.C. § 521(b) that she file a certificate from an approved budget and credit counseling agency, and the requirement under 11 U.S.C. § 727(a)(11) that she complete a course on personal financial management. In support of this motion, the debtor states as follows:

1. The debtor is a one hundred old widow who filed bankruptcy pursuant to Chapter 13 of the Bankruptcy Code on

2. Debtor filed her Chapter 13 case through her daughter Dianna N. Jones as next friend, pursuant to F. R. B. P.1004.1 since debtor does not have a "duly appointed representative."

3. The debtor has memory impairments and an inability to understand other than the most simple sentences, and that, combined with her 8th grade education, prevent her from participating in an in-person, telephone, or Internet credit counseling session, or a financial management course.

4. Debtor is incompetent, in sense of being mentally incapable of aiding in or proceeding with administration of bankruptcy estate and her bankruptcy case which is the reason why the petition in this matter was filed by her daughter, Dianna N. Jones, as her next friend.

5. Debtor moves the Court to exempt debtor from the budget and credit counseling and financial management requirements.

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.


By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Willie Mae Johnson
3000 Biscayne Boulevard
Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Facsimile: (305) 573-5800
Email: Clombardi@lsgmi.org