

ORDERED in the Southern District of Florida on November 6, 2013.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re: Willie Mae Johnson                     Case No. 13-34840 LMI
                                              Chapter 13

_____Debtor\_\_\_\_\_/

### ORDER ON DEBTOR'S MOTION TO EXEMPT DEBTOR FROM CREDIT COUNSELING AND FINANCIAL MANAGEMENT AND TO WAIVE APPEARANCE AT CREDITORS' MEETING

This cause came to be heard on November 5, 2013, on debtor's Motions to Exempt Debtor from Credit Counseling and Financial Management (DE 7) and to Waive Appearance at Meeting of Creditors (DE 9) and the Court having heard argument, it is ORDERED that the motions are granted.

# # #

Attorney Carolina A. Lombardi is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order