B6C (Official Form 6C) (04/13)

In re **Willie Mae Johnson**                                                                                                    Case No.  **13-34840**
                          Debtor(s)

## SECOND AMENDED
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $155,675.*
☐  11 U.S.C. §522(b)(2)
☒  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead located at 8416 NW 24 Place, Miami, FL 33147** | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 59,440.00 | 59,440.00 |
| **Cash on Hand** | | | |
| **Cash** | Fla. Const. art. X, § 4(a)(2) | 34.00 | 34.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Financial Federal Credit Union** | Fla. Const. art. X, § 4(a)(2) | 626.00 | 6103.29 |
| **Household Goods and Furnishings** | | | |
| **2 single beds, queen bed, 3 dressers, 2 nightstands, table, broken TV, tube color TV, 2 sofas, corner table, rocking chair, china cabinet, freezer, dining room table and 2 chairs, washing machine** | Fla. Const. art. X, § 4(a)(2) | 240.00 | 240.00 |
| **Wearing Apparel** | | | |
| **Debtor's clothes and shoes** | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Honda Accord LX Sedan 79,000 miles [Car is co-owned with daughter and is in daughter's possession]** | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 5,900.00 |
| | Total: | 61,440.00 | 71,817.29 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 1 total page(s)